| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO**<br>Denver City & County Building<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: June 3, 2024 1:25 PM<br>FILING ID: BB0851926A7C3<br>CASE NUMBER: 2023CV33078 |
| **Plaintiffs:  ELIZABETH AND LEXI GOBBLE, as heirs of DAVID GOBBLE.**<br><br>**v.**<br><br>**Defendant: LAND JET TRANS INC., ROHIT SAINI, 7 STAR TRANSPORT, LLC, ITS LOGISTICS INC. and FEDEX EXPRESS** | **▲COURT USE ONLY▲** |
| *Attorneys for Plaintiffs*<br>Francisco Martinez, #50227<br>Kari Jones Dulin, #43288<br>Travis S. Young, #35056<br>**DULIN MCQUINN YOUNG, LLP**<br>4949 S. Syracuse St., Ste. 400<br>Denver, CO 80237<br>Telephone: 303-246-1111<br>Fax: 866-792-6396<br>francisco@trialproven.com<br>kjd@trialproven.com<br>tsy@trialproven.com<br><br>Daniel J. Caplis, #13171<br>**THE DAN CAPLIS LAW FIRM, LLC**<br>Plaza Tower One Penthouse<br>6400 S. Fiddlers Green Circle, Suite 2200<br>Greenwood Village, CO 80111<br>Telephone: 303-770-5551<br>Fax: 303-770-5552<br>dan@caplislaw.com | **Case Number:   2023 CV 33078**<br><br>**Courtroom:    424** |
| **SUMMONS** | |

### THE PEOPLE OF THE STATE OF COLORADO TO THE ABOVE NAMED DEFENDANT ITS LOGISTICS INC.:

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached complaint.  If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response

within 21 days after such service upon you.  If service of the summons and complaint was made upon you outside of the state of Colorado, you are required to file your answer or other response within 35 days after such service upon you.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.

Dated this 3rd day of June 2024

Respectfully Submitted,

DULIN MCQUINN YOUNG, LLP

*s/  Francisco Martinez*
Francisco Martinez
Kari Jones Dulin
Travis S. Young

Daniel J. Caplis

*Attorneys for Plaintiffs*

NOTICE

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

2

ITS Logistics Notice of Removal
Ex. 29 Summons ITS Logistics