IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:24-cv-01805

Elizabeth and Lexie Gobble as heirs of David Gobble and Lexi Gobble as Personal Representative of the Estate of David Gobble

      Plaintiffs,

vs.

Land Jet Trans Inc.; Rohit Saini; 7 Star Transport, LLC; ITS Logistics Inc; and FedEx Express

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Yana K. Durell hereby enters her appearance on behalf of the Defendant, ITS Logistics, Inc. in the above-entitled action.

Dated this 28th day of June, 2024.

WALTZ/REEVES

/s/Yana K. Durell
Christopher R. Reeves
Yana K. Durell
1660 Lincoln Street, Suite 2510
Denver, CO 80264
(303)830-8800 Telephone
(303)830-8850 Fax
creeves@waltzreeves.com
ydurell@waltzreeves.com

1

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2024, I electronically filed a true and correct copy of the above Notice of Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

All Counsel for Record

/s/Corinne Byes
Waltz|Reeves